Photo in COBBS purplebaby_og Instagram Account appearing to reflect the deposit of $20,415 into a bank account, the same amount COBBS received from a PPP loan.





Photo in COBBS purplebaby_og Instagram Account from around July 2022. Photo appears to reflect COBBS receiving a $23,702.43 federal tax return for 2021 tax year.



Photo posted to COBBS purplebaby_og Instagram Account.



18+ never filed Taxes Get Near Me
Nii Only Take 4 moe Today

KS.gov

| Get Refund Status | Refund Help | Take Survey | Log Out |

Refund Status Results

Your Personal Tax Data

Security Number
Individual Taxpayer

Filing Status:
**Single**

i Period Ending
cember 31, 2021

Refund Amount
**$23,702.43**

Refund Date:
**June 17, 2022**

Return Received    Refund Approved    Refund Sent

Your tax refund is scheduled to be mailed by **June 17, 2022.** If you do not receive the refund by **July 15, 2022,** please contact us again. We are unable to take any action until then.

**Please Note:**
For refund information, please continue to check here, or use our free mobile app, IRS2Go. Updates to refund status are made no more than once a day.

IRS Privacy Policy

Additional photo posted to COBBS purplebaby_og Instagram Account.



7:34

', your 2021 federal return was accepted!

Download/print return

**18+ tap N Nii shii On Da Floor.. !!!!**

Check back here if you have questions after you receive your refund.

## $19,801

TOTAL 2021 TAX REFUND

**$19,407**
FEDERAL E-FILE                    **ACCEPTED**

**$394**
AL STATE E-FILE                   **ACCEPTED**

Photo posted on COBBS' purplebaby_og Instagram Account on or about 01/16/2023.

I'll be doing taxes again
on the 18th
Personal taxes 20-30k
Business taxes 80-200k
Have all your info ready

Photo posted on COBBS' purplebaby_og Instagram Account on or about 03/21/2023.



Photo posted on COBBS' purplebaby_og Instagram Account on or about 02/06/2023.



Checking or business accounts get here

Wells Fargo
Chase
Capital one
Usaa
Bank of America
Frost
TD
PNC
Navy federal
Any Credit Union
(Must give me card)

Photo posted to COBBS purplebaby_og Instagram Account on or about 04/07/2023.



Additional photo posted to COBBS purplebaby_og Instagram Account.



Additional photo posted to COBBS purplebaby_og Instagram Account.



Photo posted to COBBS purplebaby_og Instagram Account on or about 04/12/2023.



Lil who got Perc's ?

Photo posted to COBBS purplebaby_og Instagram Account on or about 04/07/2023.



Additional photo posted to COBBS purplebaby_og Instagram Account.



Additional photo posted to COBBS purplebaby_og Instagram Account.



Additional photo posted to COBBS purplebaby_og Instagram Account appearing to show $15,966.49 deposit around April 2022.



Additional photo posted to COBBS purplebaby_og Instagram Account appearing to show $14,966.49 deposit around April 2022.



Photo of blank check sent by COBBS through purplebaby_og Instagram Account to another Instagram user on 10/22/2022.



Photo of check sent by COBBS through purplebaby_og Instagram Account to another Instagram user on 10/22/2022. COBBS is not listed as issuer or recipient of check.



Photo of check sent by COBBS through purplebaby_og Instagram Account to another Instagram user on 10/22/2022. COBBS is not listed as issuer or recipient of check.



Photo sent by COBBS through purplebaby_og Instagram Account to another Instagram user on 10/26/2022. Photo appears to depict payments from California Unemployment program.

2:27     ..ıll 5G♦

| View | Payment Issue Date | Payment Issued | Payment ID | Payment Status |
|---|---|---|---|---|
| Details | 10/21/2022 | $750.00 | 45898412 | Paid |
| Details | 10/21/2022 | $750.00 | 45898410 | Paid |
| Details | 10/21/2022 | $750.00 | 45898409 | Paid |
| Details | 10/21/2022 | $750.00 | 45898408 | Paid |
| Details | 10/21/2022 | $750.00 | 45898407 | Paid |
| Details | 10/21/2022 | $750.00 | 45898406 | Paid |
| Details | 10/21/2022 | $750.00 | 45898405 | Paid |
| Details | 10/21/2022 | $750.00 | 45898404 | Paid |
| Details | 10/21/2022 | $750.00 | 45898411 | Paid |
| Details | 10/21/2022 | $750.00 | 45898402 | Paid |

1  2  Next

UI Home

🔒 uio.edd.ca.gov

1  2  Next

Photo posted to COBBS purplebaby_og Instagram Account appearing to depict payments from California Employment Development Dept in January 2022.



Screenshot of video sent by COBBS through purplebaby_og Instagram Account to another Instagram user on 02/03/2021 which appears to depict Oxycodone "Blue 30s" of unknown provenance. COBBS sends follow-up message "Uk who need em" in an apparent attempt to negotiate their sale.



Screenshot of video sent by COBBS through purplebaby_og Instagram Account to three Instagram users on 03/23/2023 which appears to depict marijuana. COBBS goes on have multiple conversations in which he appears to be negotiating the sale of marijuana.







Undated photos of COBBS from purplebaby_og Instagram Account with cash, pistol, and AR-pistol with brass catcher.

Photo sent by COBBS through purplebaby_og Instagram Account to another Instagram user on 01/29/2022 depicting various firearms.



Screenshots of video contained in COBBS' purplebaby_og Instagram Account of during which COBBS' raps "the Glock 23 came with a switch. You know we gonna merck yall" while holding what appears to be a Glock with a Switch Device, which is partially blurred.







Screenshots of video contained in COBBS' purplebaby_og Instagram Account of during which COBBS' raps "the Glock 23 came with a switch. You know we gonna merck yall" while holding what appears to be a Glock with a Switch Device, which is partially blurred.

Sample of dozens of videos contained in COBBS' purplebaby_og Instagram Account appearing to depict large amounts of marijuana, large amounts of cash, and firearms.

Mobile PD Body Worn Camera (BWC) footage of arrest of MARCUS COBBS on 12/29/2023. Initial contact with COBBS in driver's seat.



Mobile PD Body Worn Camera (BWC) footage of arrest of MARCUS COBBS on 12/29/2023. Loaded Glock Pistol with Extended Magazine from under driver's seat.



Mobile PD Body Worn Camera (BWC) footage of arrest of MARCUS COBBS on 12/29/2023. Digital Scale located in vehicle by Mobile PD Officers.



Mobile PD Body Worn Camera (BWC) footage of arrest of MARCUS COBBS on 12/29/2023. Plastic bags in back seat of vehicle.





Mobile PD Body Worn Camera (BWC) footage of arrest of MARCUS COBBS on 12/29/2023. DRACO 7.62mm Pistol in backpack in back seat.

Mobile PD Body Worn Camera (BWC) footage of arrest of MARCUS COBBS on 12/29/2023. Marijuana cigarette located in vehicle on driver floorboard and claimed by COBBS.





Mobile PD Body Worn Camera (BWC) footage of arrest of MARCUS COBBS on 12/29/2023. Post-Miranda Interview of COBBS.