# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | Criminal No. 23-00156-JB-MU-1 |
| | * | |
| **MARCUS DEWAYNE COBBS** | * | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, files this unopposed motion to postpone the sentencing hearing of defendant Marcus Dewayne Cobbs ("Cobbs"), which is presently set for November 18, 2024. As grounds for the motion, the United States avers as follows:

1. While awaiting sentencing, Cobbs was arrested on local charges and is being held on those State charges and also has an active Federal pre-trial violation warrant.

2. The new arrest may result in additional Federal charges for Cobbs.

3. Counsel for the United States and counsel for Cobbs have discussed the new arrest, and the potential for new federal charges, and are working towards a compromise resolution of any new potential charges with the presently charged case.

4. Counsel for the United States has discussed this motion with counsel for the Defendant, and Defense counsel has no objection to this continuance.

WHEREFORE, in the interests of justice, the United States respectfully requests this Court continue the Sentencing hearing in the above captioned case.

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

*By: /s/ S. Gaillard Ladd, Jr.*
S. Gaillard Ladd, Jr.
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845